**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| RANDOLPH JONES, } *Plaintiff* } } v. } } CONTINENTAL AIRLINES, INC , } *Defendant* | CIVIL ACTION NO. H-04-2246 |

## FINAL SUMMARY JUDGMENT

On this day, September 14, 2005, in the action pending between Plaintiff, Randolph Jones, and Defendant, Continental Airlines, Inc., the court issued its Memorandum Opinion and Order that Plaintiff's claims must be dismissed as a matter of law, and the court hereby

**ORDERS** that Plaintiff take nothing, and that Defendant, Continental Airlines, Inc., is awarded its costs.

SIGNED at Houston, Texas, this 14th day of September, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE